*Rodman, for appellant*
*Vance & Yeaman, for appellee.*

---

### BETSY ADAMS v. COMMONWEALTH.

**Criminal Law—Instructions—Misdemeanors.**

    In prosecutions for misdemeanors, as well as felonies, the accused should not be convicted on a preponderance of testimony if the jury have a reasonable doubt of the guilt of the accused.

**Indictment—Law—Question for Court.**

    It is not necessary to allege in an indictment the existence of the law under which it is made; that is a question for the court.

APPEAL FROM ROCKCASTLE CIRCUIT COURT.

December 6, 1871,

OPINION OF THE COURT BY CHIEF JUSTICE PRYOR:

The instructions in this case are necessarily misleading. They authorized the conviction of the appellant upon a mere preponderance of testimony in favor of her guilt.

In prosecutions for misdemeanors, as well as for felonies, the accused should not be convicted if the jury, from all the evidence, entertain a reasonable doubt as to his guilt. Criminal Code, section 236.

The instructions given in this case should have been modified to this extent.

The indictment is sufficient. It was not necessary to allege that the act of March 21st, 1870, had been ratified by a vote of the people of Rockcastle county. The existence of the law under which the indictment was formed is a question to be determined by the court, and not by the jury.

For the reason indicated, however, the judgment is reversed and the cause remanded for a new trial.

*Carter*, for appellant.
*A. G.*, for appellee.